UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

HARBORAGE MARINA, LLC.,

    Plaintiff,

v.                                            CASE NO: 8:08-cv-1867-T-23TBM

WARRIOR, a 1943 81' towing vessel,
her engines, tackle, apparel and other
appurtenances, *in rem*, TUG WARRIOR,
INC., NORTHSTAR MARINE
CORPORATION, South Carolina
corporations and WILLIAM F. HUGHES
*in personam*,

    Defendants.
_____/

## **ORDER**

On December 16, 2009, Magistrate Judge Thomas B. McCoun, III, (1) directed the intervening plaintiff, Jerry Turchiaro, to show cause why Turchiaro's complaint should not be dismissed for failure to prosecute and (2) scheduled a hearing for January 14, 2010. Because Turchiaro neither appeared at the hearing nor responded in writing to the order to show cause, Magistrate Judge McCoun issued a report (Doc. 84) that recommends dismissal with prejudice of the intervening complaint (Doc. 33). The time for objections to the report and recommendation has expired and Tuchiaro fails to object. Accordingly, the report and recommendation (Doc. 84) is **ADOPTED** and the intervening complaint (Doc. 33) is **DISMISSED WITH PREJUDICE**. Because neither

any defendant nor any intervening plaintiff remains in this action, the Clerk is directed to (1) terminate any pending motion and (2) close the case.

ORDERED in Tampa, Florida, on February 1, 2010.

STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE

cc: Magistrate Judge